# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1486
_____

RONALD LEFLORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

May 24, 2019

PER CURIAM.

AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender; Steven L. Seliger and Colleen Mullen, Assistant Public Defenders, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.